F & W CORPORATION, Appellant,

v.

Charles M. LOKEY, Trustee in Bankruptcy for Capitol Tobacco Company, Appellee.

No. 21509.

United States Court of Appeals Fifth Circuit.

Nov. 30, 1964.

John W. Wilcox, Jr., George W. Hood, Wilson, Branch, Barwick & Vandiver, Atlanta, Ga., for appellant.

William H. Izlar, Jr., and Charles H. Kirbo, Atlanta, Ga., King & Spalding, Atlanta, Ga., of counsel, for appellee.

Before JONES and WISDOM, Circuit Judges, and HUNTER, District Judge.

PER CURIAM.

A careful review of the record has convinced the Court that no reversible error has been committed. The judgment of the district court is

Affirmed.

YUBA CONSOLIDATED INDUSTRIES, INC. and Insurance Company of North America, Appellants,

v.

The FIDELITY & CASUALTY COMPANY OF NEW YORK et al., Appellees.

No. 21565.

United States Court of Appeals Fifth Circuit.

Nov. 30, 1964.

Richard H. Switzer, Shreveport, La., Lunn, Irion, Switzer, Trichel & Johnson, Shreveport, La., of counsel, for appellants.

Charles L. Mayer, Wilton H. Williams, Jr., Mayer & Smith, Shreveport, La., Blanchard, Walker, O'Quin & Roberts, Shreveport, La., of counsel, for appellees.

Before JONES and BELL, Circuit Judges, and HUNTER, District Judge.

PER CURIAM.

The judgment is affirmed on the opinion of the District Court. See Mills v. Fidelity & Casualty Company of New York, et al., W.D.La.1964, 226 F.Supp. 786.

Affirmed.